| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF TEXAS | |
| Case number *(if known)* | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Technology Mining Company, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **20-3696377** |
| 4. | **Debtor's address** | **Principal place of business**      **Mailing address, if different from principal place of business** <br><br> **2801 Technology Drive** <br> **Suite 157** <br> **Plano, TX 75074** <br> Number, Street, City, State & ZIP Code      P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Collin** <br> County      **Location of principal assets, if different from principal place of business** <br>     Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership <br> ☐ Other. Specify: |

Debtor **Technology Mining Company, LLC**      Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
_____

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship to you | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Debtor **Technology Mining Company, LLC**       Case number (*if known*) _____
       Name

### 11. Why is the case filed in *this district*?

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

### 14. Estimated number of creditors

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

### 15. Estimated Assets

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Technology Mining Company, LLC**  
Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signature

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January  8, 2016**  
MM / DD / YYYY

**X /s/ David Juring**                                                **David Juring**  
Signature of authorized representative of debtor                      Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X /s/ Eric A. Liepins**                                             Date **January  8, 2016**  
Signature of attorney for debtor                                      MM / DD / YYYY

**Eric A. Liepins**  
Printed name

**Eric A. Liepins P.C.**  
Firm name

**12770 Coit Road**  
**Suite 1100**  
**Dallas, TX 75251**  
Number, Street, City, State & ZIP Code

Contact phone **972-991-5591**          Email address **eric@ealpc.com**

**12338110**  
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name: **Technology Mining Company, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACNW Holdings (Grover Wong) 4062 South Street Burnaby, British Columbia V5J 2E7 | | | | | | $25,000.00 |
| Betty J. Burgess 29310 Fox River Spring, TX 77386 | | | | | | $250,000.00 |
| Betty J. Burgess 29310 Fox River Drive Spring, TX 77386 | | | | | | $100,000.00 |
| Betty J. Burgess 29210 Fox River Drive Spring, TX 77386 | | | | | | $90,000.00 |
| Dan Hamilton 3908 Lazy Maple Dr. Plano, TX 75074 | | | | | | $250,000.00 |
| Dave Irek 401A Country Ridge Rd. Rockwall, TX 75087 | | | | | | $30,000.00 |
| Dave Williams PO Box 112121 Carrollton, TX 75011 | | | | | | $125,000.00 |
| Greg Herbert PO Box 340 Fort Walton Beach, FL 32549 | | | | | | $25,000.00 |
| James Severance Jaime McGuire | | Need Mailing Address | | | | $45,000.00 |
| Jeff Snowden 2701 Halsey Dr. Flower Mound, TX 75028 | | | | | | $25,000.00 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 1

Debtor **Technology Mining Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Jimmy Laudrum** 4622 West Northwest Hwy Dallas, TX 75220 | | | | | | $40,000.00 |
| **Keneth Mecca** 3137 Whitehall Dr. Dallas, TX 75229 | | | | | | $25,000.00 |
| **Mark Petty** 6013 Velleywood Drive Flower Mound, TX 75028 | | | | | | $250,000.00 |
| **Mike McGee** 27 White Rock Trail Allen, TX 75002 | | | | | | $31,250.00 |
| **MJM Venture (James Kenne** 462 McMakin Road Argyle, TX 76226 | | | | | | $40,000.00 |
| **Mohment** 1025 N. Stemmons Freeway Suite 320 Dallas, TX 75207 | | | | | | $40,000.00 |
| **Parker Haudlin** 3632 W. Biddison Street Fort Worth, TX 76109 | | | | | | $92,500.00 |
| **Raymond Lineberger** 2825 Foxcroft Circle Denton, TX 76209 | | | | | | $25,000.00 |
| **Richard Wolf** 2122 Long Run Road Louisville, KY 40245 | | | | | | $50,000.00 |
| **Squire Patton Boggs** 2550 M Street, NW Washington, DC 20037 | | | | | | $40,076.00 |

# United States Bankruptcy Court
### Eastern District of Texas

In re **Technology Mining Company, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dave Juring**<br>**2801 Technology Drive**<br>**Suite 157**<br>**Plano, TX 75074** | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 8, 2016**

Signature **/s/ David Juring**
**David Juring**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ACNW Holdings
(Grover Wong)
4062 South Street
Burnaby, British Columbia V5J 2E7

Andrews Kurth
600 Travis, Suite 4200
Houston, TX 77002

Betty J. Burgess
29210 Fox River Drive
Spring, TX 77386

Cantey Hanger
1999 Bryan Street, Suite 3300
Carrollton, TX 75010

Dan Dutile
7 Hillrise Lane
Meredith, NH 03253

Dan Hamilton
3908 Lazy Maple Dr.
Plano, TX 75074

Dave Irek
401A Country Ridge Rd.
Rockwall, TX 75087

Dave Williams
PO Box 112121
Carrollton, TX 75011

Ernie Beasley
6001 Valleywood
Flower Mound, TX 75028

Gray, Reed & McGraw
1300 Post Oak Blvd, Suite 2000
Houston, TX 77056

Greg Herbert
PO Box 340
Fort Walton Beach, FL 32549

Hakemi & Ridgedale
Suite 1730, One Bentall Centre,
505 Burrard St., Vancouver
BC V7X 1M6 Canada

James Decuir
4536 Thunder Road
Dallas, TX 75244

James Severance
Jaime McGuire

Jeff Snowden
2701 Halsey Dr.
Flower Mound, TX 75028

Jim Blackard
2021 Williams Lane
Carrollton, TX 75006

Jimmy Laudrum
4622 West Northwest Hwy
Dallas, TX 75220

Keneth Mecca
3137 Whitehall Dr.
Dallas, TX 75229

Kilgore & Kilgore
3109 Carlisle Street
Dallas, TX 75204

Mark Petty
6013 Velleywood Drive
Flower Mound, TX 75028

Mike Bernstein
325 Gold Street
Suite 104
Garland, TX 75042

Mike McGee
27 White Rock Trail
Allen, TX 75002

MJM Venture
(James Kenne
462 McMakin Road
Argyle, TX 76226

Mohment
1025 N. Stemmons Freeway
Suite 320
Dallas, TX 75207

Parker Haudlin
3632 W. Biddison Street
Fort Worth, TX 76109

Raymond Lineberger
2825 Foxcroft Circle
Denton, TX 76209

Richard Wolf
2122 Long Run Road
Louisville, KY 40245

Shawn McMillan
2932 Dyer Street
Dallas, TX 75205

Squire Patton Boggs
2550 M Street, NW
Washington, DC 20037

# United States Bankruptcy Court
## Eastern District of Texas

In re  **Technology Mining Company, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Technology Mining Company, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Dave Juring**  
**2801 Technology Drive**  
**Suite 157**  
**Plano, TX 75074**

☐ None [*Check if applicable*]

**January 8, 2016**  
Date

**/s/ Eric A. Liepins**  
**Eric A. Liepins 12338110**  
Signature of Attorney or Litigant  
Counsel for  **Technology Mining Company, LLC**  
**Eric A. Liepins P.C.**  
**12770 Coit Road**  
**Suite 1100**  
**Dallas, TX 75251**  
**972-991-5591 Fax:972-991-5788**  
**eric@ealpc.com**